**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| MUKHAR KHUGAEV,<br><br>Petitioner - Appellant,<br><br>v.<br><br>Gary Stolzer, Warden of Ste. Genevieve County Detention Center,<br><br>Respondent – Appellee,<br><br>Russell Hott; David J. Venturella; United States Immigration and Customs Enforcement; Markwayne Mullin; U.S. Department of Homeland Security; Todd Blanche,<br><br>Respondents. | Case No. 26-2668<br><br>District Court Case No. 1:26-cv-00146-JMD |

**CERTIFICATE OF SERVICE FOR APPELLANT'S CERTIFICATE OF WAIVER OF TRANSCRIPT**

I hereby certify that on 3rd day of September 2026 I electronically filed the foregoing APPELLANT'S CERTIFICATE OF WAIVER OF TRANSCRIPT with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Viktoriia Chernova*

Viktoriia Chernova, Esq. (#6178651IL)
LEX VERITAS, LLC
150 S Wacker Dr., 24th Floor
Chicago, IL 60606
Phone No.: (470) 469-8426
E-Mail: lexveritasllc@gmail.com
*Counsel for Petitioner-Appellant*
*Mukhar Khugaev*